IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| OYEKUNMI OYELUDE, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 3:04-CV-0895-H |
| JOHN ASHCROFT, et al., | § |
| Defendants. | § |

## CONCLUSIONS AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pursuant to the District Court's Order of Reference, entered April 29, 2004, the District Court referred this case to the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b), as implemented by an order of the United States District Court for the Northern District of Texas. The United States Magistrate Judge entered his findings and recommendations in this case on February 10, 2005, and recommended that Plaintiff's writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, be dismissed with prejudice. On February 28, 2005, the District Court adopted the findings and recommendations of the United States Magistrate Judge and entered a judgment dismissing Plaintiff's petition with prejudice. On October 25, 2005, Plaintiff filed an appeal and objections to the findings and recommendations of the United States Magistrate Judge.

Pursuant to Federal Rule of Civil Procedure 72 (b), a party may object to the recommendation of a magistrate judge within ten (10) days after being served with a copy of the recommended disposition. FED. R. CIV. P. 72 (b). Because Plaintiff did not file his objections in a timely manner in accordance with this rule, the Court recommends that Plaintiff's objections to the United States

Magistrate Judge's recommendation be rejected.

Signed this __1__ day of __November__, 2005.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE