IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OYEKUNMI OYELUDE | * | |
| | * | |
| Plaintiff | * | |
| v | * | Civil Action No. 3:04-CV-0895-H |
| | * | |
| JOHN ASHCROFT, et al. | * | |
| | * | |
| Defendants | * | |

## O R D E R

Before the Court is a Notice of Appeal/Object, filed October 25, 2005, by Plaintiff

Oyelude, and the Conclusions and Recommendation of the United States Magistrate Judge with

respect thereto, filed November 1, 2005.

The Court has reviewed the Conclusions and Recommendation of the Magistrate

Judge and is of the opinion that they are correct, and they are therefore **ADOPTED** by the Court.

SO ORDERED.

DATED:   November 2, 2005

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS